United States District Court
District of Massachusetts

| | |
|---|---|
| RAOUL MARRADI, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>PIK REALTY TRUST and BVP, LLC, )<br>)<br>    Defendants. )<br>) | Civil No.<br>16-10971-NMG |

## DISCOVERY SCHEDULE ORDER

Joint motion to extend deadlines (Docket No. 27) is **ALLOWED** in part, and supplemented as follows:

- the proposed, extended deadlines are approved;
- dispositive motions, if any, shall be filed on or before July 31, 2017 and oppositions thereto by August 31, 2017;
- final pretrial conference will be held on Thursday, October 19, 2017 at 3:00 p.m.;
- jury trial will commence on Monday, November 6, 2017 at 9:00 a.m.

There will be no further continuances.

So ordered

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: February 28, 2017